

ANDREW FURMAN
Direct Dial: (212) 574-4119
afurman@chartwelllaw.com

**Reply To: New York Office**
One Battery Park Plaza, Suite 710
New York, NY 10004
Phone: (212) 968-2300
Facsimile: (212) 968-2400

## MEMO ENDORSED

February 20, 2026

> The request is granted.  Defendant's deadline to respond to the complaint is extended to March 20, 2026.
>
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J.
> Dated: February 20, 2026
> New York, New York

**VIA ECF**

Honorable Edgardo Ramos, USDJ
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

Re:    **Killeen Hotels LLC v. Mt. Hawley Ins. Co.**
Case No. 25-CV-10421 (ER)

Dear Judge Ramos:

The undersigned is counsel for defendant, Mt. Hawley Insurance Company ("Mt. Hawley"), in the above-referenced matter. We write to respectfully request an extension of time to respond to the complaint, dated December 16, 2025, filed by plaintiff, Killeen Hotels LLC ("Killeen"). Mt. Hawley received notice of this lawsuit on or about February 12, 2026. Mt. Hawley has not previously sought an extension of its time to respond to the complaint.  Furthermore, Killeen has consented to this request.

We therefore respectfully request that the Court order that Mt. Hawley has until March 20, 2026 to respond to the complaint.

We thank Your Honor for Your attention to this matter.

Respectfully submitted,

**CHARTWELL LAW**

By: _Andrew J. Furman_
Andrew Furman, Esq.

cc.  All Counsel via ECF